

# NUMBER 13-16-00283-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**ARMANDO CARLOS DURAN,**                                                                 **Appellant,**

**v.**

**REBECCA GARCIA,**                                                                 **Appellee.**

---

### On appeal from the County Court at Law No. 2 of Hidalgo County, Texas.

---

## MEMORANDUM OPINION

### Before Justices Rodriguez, Benavides, and Perkes
### Memorandum Opinion Per Curiam

Appellant, Armando Carlos Duran, appealed a judgment entered by the County Court at Law No. 2 of Hidalgo County, Texas. On May 26, 2016, the Clerk of this Court notified appellant that the notice of appeal failed to comply with Texas Rule of Appellate Procedure 9.5(d),(e) and 25.1(d). *See* TEX. R. APP. P. 9.5(d),(e) and 25.1(d). The Clerk directed appellant to file an amended notice of appeal with the district clerk's office within

30 days from the date of that notice.   On July 6, 2016, the Clerk notified appellant that the defect had not been corrected and warned appellant that the appeal would be dismissed if the defect was not cured within ten days.   Appellant has not responded to the notice from the Clerk or corrected the defect.

On July 21, 2016, the Clerk of the Court notified appellant that he was delinquent in remitting a $205.00 filing fee.   The Clerk of this Court notified appellant that the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of receipt of this letter.   *See id.* 42.3(b),(c).

The Court, having considered the documents on file and appellant's failure to correct the defect or pay the filing fee, is of the opinion that the appeal should be dismissed.   *See id.* 37.3, 42.3(b),(c).   Accordingly, the appeal is DISMISSED for want of prosecution.

PER CURIAM

Delivered and filed the
2nd day of September, 2016.